AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:13MJ182 |
| ERIC HARROUN | ) |
| Defendant(s) | ) |

MAR 28 2013

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 2013 through March 2013 in the county of Loudoun in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2332a(b) | Conspiracy to use a weapon of mass destruction outside of the United States. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Andrew Peterson

Complainant's signature
Special Agent Paul Higginbotham
Federal Bureau of Investigation
Printed name and title

Sworn to before me and signed in my presence.

Date: 3/28/13

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
Judge's signature

City and state: Alexandria, Virginia

The Honorable Theresa C. Buchanan
United States Magistrate Judge
Printed name and title